UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IGNACIO ORTEGA-MEZA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 2:18-cv-1667
Crim. No. 2:16-cr-218
Judge Michael H. Watson
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On March 29, 2019, the Magistrate Judge issued an Order and Report and Recommendation recommending that the Motion to Vacate under 28 U.S.C. § 2255 be dismissed and that Petitioner's request for an evidentiary hearing be denied. ECF 526. Although the parties were advised of the right to file objections to the Magistrate Judge's Order and Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Order and Report and Recommendation, ECF 526, is **ADOPTED** and **AFFIRMED**. The Motion to Vacate under 28 U.S.C. § 2255, ECF No. 512, is **DISMISSED**. Petitioner's request for an evidentiary hearing is **DENIED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

                                                             /s/ Michael H. Watson
                                                           **MICHAEL H. WATSON, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**